**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | **ORDER** |
| | ) | |
| One 1990 White Chevrolet | ) | |
| Lumina, VIN #2G1WL54T3L9158130 | ) | Case No.  1:08-mj-045 |

_____

On the motion of the Government and for reasons stated in support of its motion, **IT IS ORDERED** that the Search Warrant, Application and Affidavit for Search Warrant, the Search Warrant Return and Inventory, Motion to Seal, and this Order are sealed until further order of this court.

Dated this 24th day of October, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge
